UNITED STATES of America, Plaintiff–Appellee Cross–Appellant,

v.

Wallace Wayne HOOKS, Defendant–Appellant Cross–Appellee.

No. 04–10825.

D.C. Docket No. 03–0001–CR–01–3.

United States Court of Appeals, Eleventh Circuit.

May 20, 2005.

Jessica Dunsay Silver, US Dept. of Justice, Angela M. Miller, Washington, DC, for Plaintiff–Appellee Cross–Appellant.

J. Pete Theodocion, Augusta, GA, for Defendant–Appellant Cross–Appellee.

Before EDMONDSON, Chief Judge, BIRCH and COX, Circuit Judges.

PER CURIAM.

A jury convicted Appellant Wallace Wayne Hooks of two counts under 18 U.S.C. § 242 for violating the Fourth Amendment rights of two arrestees. The Government cross-appeals Hooks's sentence. Seeing no reversible error, we affirm.

AFFIRMED.